# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 44 EM 2016
:
Respondent :
:
:
:
v. :
:
:
:
TYREE CANTY, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of June, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* Pending Appointment of Counsel is **GRANTED**. Counsel has filed a motion for appointment of a new attorney in the common pleas court. *See Commonwealth v. Canty*, CP-51-CR-0003406-2009 (motion filed 3/23/2016). The 30-day filing period for an allocatur petition shall commence upon disposition of that motion.

The Prothonotary is **DIRECTED** to serve this order on the presiding common pleas court judge and the President Judge of the Court of Common Pleas of Philadelphia County.